### 53756. PARKS v. THE STATE.

ARGUED APRIL 7, 1977 — DECIDED APRIL 15, 1977.

*Andrews & Myers, W. Allan Myers,* for appellant.
*Jeff C. Wayne, District Attorney, James H. Whitmer, Assistant District Attorney,* for appellee.

DEEN, Presiding Judge.
1. The appellant urges that his motion to suppress was erroneously denied. The search warrant here in question is the same declared to have been illegal in *Vaughn v. State,* supra; the reasoning of that decision is controlling in this appeal. The motion to suppress was erroneously denied.
2. The ruling in Division 1 renders it unnecessary to rule upon the remaining enumerations of error.
*Judgment reversed. Webb and Marshall, JJ., concur.*